UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MISSION VALLEY LANDSCAPE CO., a California corporation; et al.; <br><br> Defendants. | Case No.: CV12-2545 SVW(FFMx) <br><br> Assigned to the Honorable Stephen V. Wilson <br><br> **ORDER DISMISSING ENTIRE CASE, WITHOUT PREJUDICE** <br><br> JS-6 |

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) and the Plaintiffs' "Notice of Voluntary Dismissal, Without Prejudice," and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

This entire action again Defendants Mission Valley Landscape Co. and Daniel Vasquez is dismissed, without prejudice.

DATED: April 19, 2012

_____
UNITED STATES DISTRICT COURT JUDGE